UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
QINGDAO TANGBO GARMENTS CO., LTD.,  Case No.: 17-cv-6992

                        Plaintiff,  DECLARATION OF ALEXANDER
                                                                                                               M. DUDELSON IN SUPPORT OF
       -against-  PLAINTIFF'S MOTION FOR
                                                                                                LEAVE TO AMEND THE
PRG NOUVEAU, LLC, PARIGI GROUP LTD.,  COMPLAINT
PARIGI MMS HOLDINGS LLC, HARRY SAUL
TAWIL, MORRIS SROUR, MARCO SROUR
and STELLA JEMAL,

                        Defendants.
------------------------------------------------------------------X

     ALEXANDER M. DUDELSON, an attorney duly admitted to practice in the Courts of New York, declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following statements are true:

     1.      I am the attorney for Plaintiff Qingdao Tangbo Garments Co., Ltd. As such, I am familiar with the facts and circumstances stated herein and submit this declaration in support of Plaintiff's motion for leave to amend the complaint pursuant to Fed.R.Civ.P. 15(a)(2) of the Federal Rules of Civil Procedure.

     2.      Annexed hereto as Exhibit "A" is a copy of the Complaint, dated September 14, 2017, in the matter of <u>Qingdao Tangbo Garments Co., Ltd. v. PRG Nouveau, LLC</u>, 17-CV-6992.

     3.      Annexed hereto as Exhibit "B" is a copy of the proposed Amended Complaint, dated January 5, 2017, in the matter of in the matter of <u>Qingdao Tangbo Garments Co., Ltd. v. PRG Nouveau, LLC</u>, 17-CV-6992.

Dated: Brooklyn, New York
January 5, 2018

/s/ Alexander M. Dudelson
ALEXANDER M. DUDELSON, ESQ. (AD4809)
*Attorney for Plaintiff*
26 Court Street - Suite 2306
Brooklyn, New York 11242
(718) 855-5100