UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
QINGDAO TANGBO GARMENTS CO., LTD,

                       Plaintiff,                    17-cv-6992 (PKC)

         -against-                             <u>ORDER</u>

PRG NOUVEAU, LLC et al,

                       Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       This case was reassigned to the undersigned's docket yesterday. The Magistrate Judges in this District have an ever-growing volume of important work requiring their attention. Hon. Kevin Fox, U.S.M.J., has graciously consented to my withdrawing the reference of a case dispositive motion (Doc 38) in this action.

       The Order of Reference (Doc 47) is withdrawn.

       SO ORDERED.

                                                    _____
                                                       P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
       February 20, 2020