UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Qingdao Tangbo Garments Co., Ltd.,

       Plaintiff(s),      17-cv-6992 (PKC)

  -against-           ORDER

PRG Nouveau, LLC, et al.,

       Defendant(s).
_____

CASTEL, U.S.D.J.

    The deadline to complete fact discovery is extended to February 23, 2021 and the deadline to complete expert discovery is extended to March 8, 2021. The next Case Management Conference is adjourned from February 23, 2021 to March 23, 2021 at 12:00 p.m.

    SO ORDERED.

                *P. Kevin Castel*
                P. Kevin Castel
                United States District Judge

Dated: New York, New York
     January 22, 2021