UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
QINGDAO TANGBO GARMENTS CO., LTD.,

                Plaintiff,

                              17-cv-6992 (PKC)

    -against-                        ORDER

PRG NOUVEAU, LLC, et al.,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        Trial of this matter is set for September 8, 2021 in a courtroom to be announced. It is the back-up trial to United States v. Joseph, et al., 21 Cr. 37 (DLC). The Court reserves the right to adjust the trial date if another open date becomes available.

        The existing schedule for final pretrial submissions, as well as the final pretrial conference of July 28, 2021 at 12 p.m. in Courtroom 11D, remain in effect. (See Docket # 72.)

        SO ORDERED.

                                                        P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
         June 2, 2021